■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES THOMAS, Appellant. [24 NYS3d 510]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered September 7, 2011, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in

the third degree, and sentencing him, as a second felony drug offender previously convicted of a violent felony, to a term of five years, unanimously affirmed.

Defendant's unpreserved challenges to the validity of his plea do not come within the narrow exception to the preservation requirement (*see People v Lopez*, 71 NY2d 662, 665 [1988]), and we decline to review them in the interest of justice. As an alternative holding, we find that the plea was knowing, intelligent and voluntary (*see People v Toxey*, 86 NY2d 725 [1995]). Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.